**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**

SARAH SMITH, et al.                )
                                   )      **ORDER APPOINTING MEDIATOR**
        v.                         )              1:20CV813
                                   )
SHOE SHOW, INC., et al.            )

It appearing to the Court that counsel for the parties have selected BRENT F. POWELL, Esquire, by agreement, as their mediator;

IT IS ORDERED, pursuant to Local Rule 83.9d(a), that BRENT F. POWELL, is appointed mediator in the above-entitled action.

IT IS FURTHER ORDERED, pursuant to Local Rule 83.9e(b), that the mediator shall confer with the parties regarding scheduling of the mediated settlement conference, determine the place and time of the conference, and give notice to the parties.

FURTHER, when the mediated settlement conference is completed, the mediator shall submit the Report of Mediator to the Clerk, pursuant to Local Rule 83.9f.

Let copies of this order be sent to counsel for the parties and to the mediator.

This, the 15th day of June, 2022.

                        /s/ John S. Brubaker
                        John S. Brubaker
                        Clerk, U. S. District Court