| UNITED STATES DISTRICT COURT<br>MIDDLE DISTRICT OF NORTH CAROLINA | Case No. 1:20-cv-813 |
|---|---|
| Name of Plaintiff(s):<br>Sarah Smith, et al.<br><br>**VERSUS**<br>Name of Defendant(s):<br>Show Shoe, Inc., et al. | **REPORT<br>OF<br>MEDIATOR**<br><br>*(For Placement on the<br>CM/ECF Docket)* |
| Mediator Name: Brent F. Powell<br>Telephone No.: 336-671-4707<br>E-Mail Address: bpowell001@gmail.com | ☐ This is an **Interim Report.** A final report is to be filed after resumption of the mediation |

1. **Convening of Mediation.** The mediated settlement conference ordered in this case:

   ☒ was held on August 2, 2022 _____ (date)

   ☐ was NOT held because _____

2. **Attendance**
   ☒ No Objection was made on the grounds that any required attendee was absent.
   ☐ Objection was made by _____

3. **Outcome**
   ☒ Complete settlement of the case
   ☐ Conditional settlement or other disposition
   ☐ Partial settlement of the case
   ☐ Recess (i.e., mediation to be resumed at a later date)
   ☐ Impasse
   ☐ Additional Information: _____

4. **Settlement Filings**
   a) The document(s) to be filed to effort the settlement are Motion for preliminary settlement approval, motion for final approval, and motion for fees
   b) The person responsible for filing the document(s) is Counsel for Plaintiffs
   c) The agreed deadline for filing the document(s) is to be determined by the Court

   **Submission of Report.** Please submit the completed and signed report by mail of Clerk of Court, 324 W. Market St., Greensboro, NC 27401, or, if Consent to Transfer Documents Electronically Form has been submitted, submit the signed to medclerk@ncmd.uscourts.gov.

   **I have submitted this completed report with ten (10) days after conclusion of the conference.**

_____          August 12, 2022
Mediator Signature                                       Date

**RECEIVED**
*By Melisa at 10:02 am, Aug 15, 2022*

Case 1:20-cv-00813-WO-JEP   Document 38   Filed 08/15/22   Page 1 of 1