IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| SARAH SMITH, MICHAEL CRISCO, and JEFFREY MORROW, Individually and as representatives of a class of similarly situated persons, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | 1:20CV813 |
| SHOE SHOW, INC., BOARD OF TRUSTEES OF SHOE SHOW RETIREMENT SAVINGS PLAN; JOHN VAN DER POEL, ROBERT TUCKER, LISA TUCKER, and SPENCER NORTHCUTT, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

### ORDER

This matter comes before the court on Plaintiffs' Consent Motion to Extend Time. (Doc. 40.) Plaintiff moves the court for an additional thirty (30) days, until October 15, 2022 to file their Motion for Preliminary Approval and dismissal. Having considered the motion, with the consent of Defendants, and for good cause shown,

**IT IS HEREBY ORDERED** that Plaintiffs' Consent Motion to Extend Time, (Doc. 40), is **GRANTED IN PART**, and Plaintiffs shall have through and including Thursday, September 29, 2022 within

which to finalize and file their Motion for Preliminary Approval and their dismissal of this matter.

This the 19th day of September, 2022.

                                    /s/ William L. Osteen, Jr.
                                    United States District Judge