IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Case Action No. 3:21-cv-319-MOC-DCK

| | |
|---|---|
| WES JOHNSON, and TAMEKIA BOTTOMS, individually and on behalf of all other similarly situated, The AAA Carolina Savings & Investment Plan and The Auto Club Group Tax Deferred Savings Plan,<br><br>Plaintiffs,<br><br>v.<br><br>CAROLINA MOTOR CLUB, INC. d/b/a AAA Carolinas; and THE AUTO CLUB GROUP,<br><br>Defendants. | **PLAINTIFFS' MOTION FOR FINAL APPROVAL OF THE SETTLEMENT AGREEMENT** |

COME NOW Plaintiffs, per FRCP 23(e) and the parties' Settlement Agreement, and move for final approval of the Settlement. The Declaration of Kevin Flynn is Exhibit 1. The Affidavit of Andrew Fitzgerald is Exhibit 2.

This the 6th day of February, 2023.

                                              */s/ Andrew L. Fitzgerald*
                                              Andrew L. Fitzgerald,
                                              North Carolina State Bar No. 31522
                                              FITZGERALD HANNA & SULLIVAN, PLLC
                                              119 Brookstown Avenue, Suite 402
                                              Winston-Salem, NC 27101
                                              Telephone/Fax: 336-793-4365
                                              andy@fhslitigation.com

## CERTFICATE OF SERVICE

This is to certify that on February 6th, 2023, I electronically filed the above **PLAINTIFFS' MOTION FOR FINAL APPROVEMENT OF SETTLEMENT AGREEMENT** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel of record.

/s/ Andrew Fitzgerald
Andrew L. Fitzgerald
