IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Case Action No. 1:20-cv-813

| | |
|---|---|
| SARAH SMITH, MICHAEL CRISCO, and JEFFREY MORROW, Individually and as representatives of a class of similarly situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>SHOE SHOW, INC.; BOARD OF TRUSTEES OF SHOE SHOW RETIREMENT SAVINGS PLAN; JOHN VAN DER POEL, ROBERT TUCKER, LISA TUCKER, and SPENCER NORTHCUTT,<br><br>Defendants. | **PLAINTIFFS' AMENDED MOTION FOR FINAL APPROVAL OF THE SETTLEMENT AGREEMENT** |

COME NOW Plaintiffs, per FRCP 23(e) and the parties' Settlement Agreement, and move for final approval of the Settlement. The Declaration of Kevin Flynn is Exhibit 1 to ECF No. 52. The Affidavit of Andrew Fitzgerald is Exhibit 2 to ECF No. 52.

This the 7th day of February, 2023.

*/s/ Andrew L. Fitzgerald*
Andrew L. Fitzgerald,
North Carolina State Bar No. 31522
FITZGERALD HANNA & SULLIVAN, PLLC
119 Brookstown Avenue, Suite 402
Winston-Salem, NC 27101
Telephone/Fax: 336-793-4365
andy@fhslitigation.com

## CERTFICATE OF SERVICE

      This is to certify that on February 7th, 2023, I electronically filed the above **PLAINTIFFS' AMENDED MOTION FOR FINAL APPROVEMENT OF SETTLEMENT AGREEMENT** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel of record.

                              */s/ Andrew Fitzgerald*
                              Andrew L. Fitzgerald